8/1/2019  image_6546160.JPG

# United States District Court
## Violation Notice

CVB Location Code: A107

Violation Number: 7351491
Officer Name (Print): N. HELLER
Officer No.: 1726

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 08/01/2019 0100
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.35(c)

Place of Offense: GRAND CANYON NP
30B COCONINO STREET

Offense Description; Factual Basis for Charge:
UNDER INFLUENCE OF ALCOHOL   BrAC: 0.276

**DEFENDANT INFORMATION**

Last Name: MANYGOATS
First Name: RYAN
M.I.: B

City: GRAND CANYON
State: AZ
Zip Code: 86023
Date of Birth: __/__/1986

Drivers License No.: _____
D.L. State: AZ
Social Security No.: ____8506

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BLK  Eyes: BLK  Height: 506  Weight: 150

**VEHICLE**   VIN:   CMV ☐
Tag No.: _____   State: ___   Year: ___   Make/Model: ___   PASS ☐   Color: ___

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

19-04209 MJ-001 PCT-CDB

Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
TO DISCUSS PRE-TRIAL OPTIONS:
JENNIFER VANDRAGT
(928) 556-5011

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing...

X Defendant Signature: _____

https://mail.google.com/mail/u/0/#inbox/FMfcgxwDqTgjqGNFMzGZSvZqVLHvRnWP?compose=jrjtWvNqRsNPvxcmLRTXBmfVvbsSZxzrhCpJKwqMJv...  1/1

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/01, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona
At approximately 0040 hours Grand Canyon Regional Communications Center (dispatch) broadcast that residents at 30 Coconino Street, Grand Canyon AZ were reporting that an intoxicated male was trying to steal their property, and that they currently had him detained. Myself, Officer Nathan Snyder, Officer Sara Shoemaker, and Officer John Gibbs responded.

On scene I met with one of the residents later identified as Devin
. I asked Devin where the man was and he pointed at a Native American male, later identified as Ryan B. MANYGOATS, who was standing between the home and a camping trailer. MANYGOATS was attempting to remove a bicycle that was locked and tethered.

MANYGOATS had difficulty maintaining his balance while walking and while standing still. He had to lean against the trailer to stand, and stumbled when he attempted to walk. MANYGOATS had to be supported by myself and officer Snyder when we conducted a frisk. MANYGOATS could not put on his flip flop's without assistance and then immediately stepped out of them. MANYGOATS slurred his speech when he spoke. MANYGOATS did not know what day it was, could not tell me what time it was, and incorrectly believed that he was on Bourbon Street, which was approximately ¾ mile away. MANYGOATS believed he was at his own residence. When I asked him where he lived MANYGOATS said "here!".

I could smell the odor of alcohol coming from MANYGOATS. MANYGOATS admitted that he had been drinking. Additionally, I noticed that MANYGOATS had a tattoo on the back of his leg, when asked about the tattoo MANYGOATS initially denied having one, and when he remembered he did have a tattoo could not tell me about it's design.

I administered a PBT with MANYGOATS utilizing a Lifeloc FC10plus at approximately 0150 hours. The PBT displayed a reading of 0.276 BrAC and confirmed that alcohol was present.

Officer Snyder and Shoemaker spoke with Devin and his spouse, Maria
. The Chapmans said that they were sleeping when they heard a noise outside. Maria looked out the window and saw MANYGOATS attempting to take one of their bicycles. Maria and Devin went outside and confronted MANYGOATS, MANYGOATS responded by threatening to kill them if they didn't get out of his way.

I placed MANYGOATS under arrest for 36 CFR 2.35(c) Presence in a park area when under the influence of alcohol to a degree that may endanger oneself or another.

Body camera footage was recorded.

CVB Location Code: A107
Violation Number: 7351491
Case Incident Number: NP19118013

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/01/2019 /s/ [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 08/02/2019 /s/ Lesli A. Bowman
Date (mm/dd/yyyy)   U.S. Magistrate Judge

8/1/2019 image_6546160.JPG

# United States District Court
## Violation Notice

CVB Location Code: **A107**

Violation Number: **7351492**
Officer Name (Print): **N. HELLER**
Officer No.: **1720**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **08/01/2019 0100**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **36 CFR 2.34(a)(1)**
Place of Offense: **GRAND CANYON NP 30 B COCONINO STREET**

Offense Description: Factual Basis for Charge
**DISORDERLY CONDUCT - THREATENING**

### DEFENDANT INFORMATION

Last Name: **MANYGOATS**
First Name: **RYAN**
M.I.: **BO**
Street Addr:
City: **GRAND CANYON**
State: **AZ**
Zip Code: **86023**
Date of Birth: **__/__/1980**

Drivers License No.: 
CDL ☐
D.L. State: **AZ**
Social Security No.: **___-__-8506**

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: **BLK**  Eyes: **BLK**  Height: **5'06**  Weight: **190**

VEHICLE  VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____   Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____   Total Collateral

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of ...)

Court Address:

TO DISCUSS PRE-TRIAL OPTIONS:
JENNIFER VANDRAGT
(928)556-50__

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/01, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona
At approximately 0040 hours Grand Canyon Regional Communications Center (dispatch) broadcast that residents at 30 Coconino Street, Grand Canyon AZ were reporting that an intoxicated male was trying to steal their property, and that they currently had him detained. Myself, Officer Nathan Snyder, Officer Sara Shoemaker, and Officer John Gibbs responded.

On scene I met with one of the residents later identified as Devin Chapman. I asked Devin where the man was and he pointed at a Native American male, later identified as Ryan B. MANYGOATS, who was standing between the home and a camping trailer. MANYGOATS was attempting to remove a bicycle that was locked and tethered. I spoke with MANYGOATS while Officer Snyder and Shoemaker spoke with Devin and his spouse, Maria Chapman. MANYGOATS believed he was at his own residence. When I asked him where he lived MANYGOATS said "here!".

The Chapmans said that they were sleeping when they heard a noise outside. Maria looked out the window and saw MANYGOATS attempting to take one of their bicycles. Maria and Devin went outside and confronted MANYGOATS. MANYGOATS responded by threatening to kill them if they didn't get out of his way. MANYGOATS kept trying to pull the bike away and threatened to kick their ass if they didn't let him leave.

I placed MANYGOATS under arrest for 36 CFR 2.34(a)(1) Disorderly conduct, engaging in violent or threatening behavior.

Body camera footage was recorded.

CVB Location Code: A107
Violation Number: 7351492
Case Incident Number: NP19118013

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/01/2019  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 08/02/2019  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

Case 3:19-mj-04209-CDB   Document 1   Filed 08/02/19   Page 5 of 6

8/1/2019                                                image_6546160.JPG

# United States District Court
## Violation Notice

**CVB Location Code:** A107

**Violation Number:** 7351493
**Officer Name (Print):** N. HELLER
**Officer No.:** 1720

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/01/2019 0109
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
**Offense:** 36 CFR 2.31(a)(2)
**Place of Offense:** GRAND CANYON NP
30 B COCONINO ST

**HAZMAT** ☐

**Offense Description: Factual Basis for Charge**
TAMPERING

### DEFENDANT INFORMATION

**Phone:** (
**Last Name:** MANYGOATS
**First Name:** RYAN
**M.I.:** B
**Street Address:**
**City:** GRAND CANYON
**State:** AZ
**Zip Code:** 86023
**Date of Birth:** 1980
**Drivers License No.:**
**CDL** ☐  **D.L. State:** AZ
**Social Security No.:** 185066

☒ Adult ☐ Juvenile   **Sex:** ☒ Male ☐ Female
**Hair:** BLK  **Eyes:** BLU  **Height:** 5'06  **Weight:** 150

### VEHICLE
**VIN:**  **CMV** ☐
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →**  Total Collateral

YOUR COURT DATE
(If no court appearance date is shown...)

**Court Address:**
TO DISCUSS
JENNIFER

https://mail.google.com/mail/u/0/#inbox/FMfcgxwDqTgjqGNFMzGZSvZqVLHvRnWP?compose=jrjtWvNqRsNPvxcmLRTXBmfVvbsSZxzrhCpJKwqMJv...   1/1

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/01, 2019 while exercising my duties as a law enforcement officer in the Judicial District of Arizona

At approximately 0040 hours Grand Canyon Regional Communications Center (dispatch) broadcast that residents at 30 Coconino Street, Grand Canyon AZ were reporting that an intoxicated male was trying to steal their property, and that they currently had him detained. Myself, Officer Nathan Snyder, Officer Sara Shoemaker, and Officer John Gibbs responded.

On scene I met with one of the residents later identified as Devin
    I asked Devin where the man was and he pointed at a Native American male, later identified as Ryan B. MANYGOATS, who was standing between the home and a camping trailer. MANYGOATS was attempting to remove a bicycle that was locked and tethered.

I spoke with MANYGOATS while Officer Snyder and Shoemaker spoke with Devin and his spouse, Maria MANYGOATS believed he was at his own residence. I could smell the odor of alcohol coming from MANYGOATS. MANYGOATS admitted that he had been drinking. When I asked him where he lived MANYGOATS said "here!". The Chapmans said that they were sleeping when they heard a noise outside. Maria looked out the window and saw MANYGOATS attempting to take one of their bicycles. Maria and Devin went outside and confronted MANYGOATS. MANYGOATS responded by threatening to kill them if they didn't get out of his way. MANYGOATS kept trying to pull the bike away and threatened to kick their ass if they didn't let him leave. While outside, Maria noticed that the window screen on their children's bedroom window had been removed.

I placed MANYGOATS under arrest for 36 CFR 2.31(2) Tampering or attempting to tamper with property not under one's lawful possession.

Body camera footage was recorded.

CVB Location Code: A107
Violation Number: 7351493
Case Incident Number: NP19118013

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/01/2019  /s/ _____
    Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 08/02/2019  /s/ Leslie A. Bowman
    Date (mm/dd/yyyy)    U.S. Magistrate Judge